In the Matter of the Application of Gelkom Realty Corporation for an Order of Certiorari against The Board of Standards and Appeals of the City of New

York and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.